UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| KARLA A. TRUJILLO, et al., | § § § | JURY TRIAL DEMANDED |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION B-10-155 |
| PIONEER HI-BRED INTERNATIONAL, INC. and JUAN SAN MIGUEL, | § § § § | |
| Defendants. | § § | |

## JOINT NOTICE OF SETTLEMENT

1. Plaintiffs and Defendants announce that they have reached an agreement settling all claims and matters in controversy and dispute asserted by Plaintiffs against Defendants in the above-numbered and styled action, however, the parties have yet to sign the final settlement documents.

2. Plaintiffs will file the appropriate dismissal documents once Plaintiffs and Defendants execute the settlement agreement.

Dated: January 5, 2012

Respectfully Submitted,

/s/
Marinda van Dalen

Texas Bar No. 00789698
S.D. No. 17577
TEXAS RIOGRANDE LEGAL AID, INC
531 E. St. Francis Street
Brownsville, Texas 78520
Telephone: 956-982-5540
Fax: 956-541-1410
Attorney-in Charge for Plaintiffs


__/s/_____
Ricardo Morado
Texas Bar No. 14417250
S.D. No. 1213
ROERIG, OLIVEIRA, & FISHER, L.L.P.
855 W. Price Road, Suite. 9
Brownsville, Texas 78520
Telephone: (956) 542-5666
Fax: (956) 542-0016
Attorney for Defendant Pioneer Hi-Bred International, Inc.


__/s/_____
Roberto A. Guerrero
Texas Bar No. 08581450
2217 N. 23rd Street
McAllen, Texas 78501
Telephone: (956) 631-1394
Fax: (956) 618-5949
Attorney for Defendant Juan San Miguel


## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of January, 2012, I caused the foregoing to be served upon the following counsel of record for Defendants by electronic delivery via the Clerk of the Court, as follows:

Ricardo Morado
ROERIG, OLIVEIRA, & FISHER, L.L.P.
855 W. Price Road, Suite. 9
Brownsville, Texas 78520
Telephone: (956) 542-5666
Fax: (956) 542-0016
Attorney for Defendant Pioneer Hi-Bred International, Inc.

Roberto A. Guerrero
2217 N. 23rd Street
McAllen, Texas 78501
Telephone: (956) 631-1394
Fax: (956) 618-5949
Attorney for Defendant Juan San Miguel

        /s/ *Marinda van Dalen*
Marinda van Dalen