IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 1 6 2012

David J. Bradley, Clerk of Court

| | | |
|---|---|---|
| KARLA A. TRUJILLO et al., | § § § | |
| Plaintiffs, | § § | |
| v. | § § § § | CIVIL ACTION NO. 1-10-155 |
| PIONEER HI-BRED INTERNATIONAL, INC. and JUAN SAN MIGUEL, | § § § § § | |
| Defendants. | § | |

## ORDER

BE IT REMEMBERED, that on March 16, 2012, the Court considered the parties' joint Stipulation of Dismissal, Dkt. No. 68.

The parties represent they have reached a resolution to this matter and that "Plaintiffs voluntarily dismiss their claims . . . with prejudice" against Defendants. Dkt. No. 68. The Stipulation is signed by all parties. *Id.*

The Court determines that the Stipulation of Dismissal, with prejudice and with the parties to bear costs incurred by the same, satisfies Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Pursuant to the parties' joint Stipulation of Dismissal, Dkt. No. 68, the Court **ORDERS** Plaintiff's claims against Defendant **DISMISSED WITH PREJUDICE**. The Court further directs the Clerk to close this case.

DONE at Brownsville, Texas, on March 16, 2012.

Hilda G. Tagle
United States District Judge